UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TONY ALLEN,

        Petitioner,

   v.

MATTHEW CATE,

        Respondent.

No.  2:14-cv-1329 GGH P

ORDER

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.  Petitioner has consented to a Magistrate Judge in this action pursuant to 28 U.S.C. § 636(c).

      The court's records reveal that petitioner has previously filed an application for a writ of habeas corpus attacking the conviction and sentence challenged in this case.  The previous application was filed on August 25, 2006, and was denied on the merits on February 23, 2010.  See Allen v. Shepard, No. 2:06-cv-1923 FCD DAD.  The current petition represents a successive challenge to the same 2001 conviction at issue in petitioner's prior petition.  Before petitioner can proceed with the instant application, he must move in the United States Court of Appeals for the Ninth Circuit for an order authorizing the district court to consider the application.  28 U.S.C. § 2244(b)(3).  Therefore, petitioner's application must be dismissed without prejudice to its refiling

upon obtaining authorization from the United States Court of Appeals for the Ninth Circuit.

    In accordance with the above, IT IS ORDERED that this action be dismissed without prejudice.

Dated: July 17, 2014

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

GGH:076/Alle1329.succ